# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES ALVIN WINE<br>MARYANN WINE<br><br>Debtors. | Case No. 23-60327-MAW<br><br>Chapter 7<br><br>Judge MARY ANN WHIPPLE |

## NOTICE OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS VIA VIDEO CONFERENCING AND PROCEDURES IN CONNECTION THERETO

Please take notice that the Trustee intends to proceed with the Meeting of Creditors outlined below via Zoom video conferencing.

***Debtor(s)' counsel is responsible for notifying the debtor(s) of the following procedures.***

341 Meeting Date: 05/11/2023

341 Meeting Time: 10:30AM

Zoom Link:
https://us02web.zoom.us/j/89585951842?pwd=dVdTRkVUVytoYTZNM0NuN0N3MGJUZz09

Meeting ID: 895 8595 1842

Passcode: 769375

**Connecting to the Zoom Video Meeting via your Computer's Web Browser:** You can copy and paste the Zoom Link shown above into your web browser, and then follow the on-screen instructions, and wait to be placed in the waiting room for the 341 Meeting. You will know you are connected when you receive a message that says "Please wait, the meeting host will let you in soon. Anthony J. DeGirolamo's Zoom Meeting". When the 341 Meeting is about to begin, the Trustee will invite you into the meeting room from the waiting room.

**Connecting to the Zoom Video Meeting via the Zoom App on your Smartphone:** If you intend to use the Zoom mobile app, first you will need to download the Zoom Cloud Meeting app from the App Store or Play Store. After downloading and launching the app, you will need to tap "Join a Meeting" and then you will be prompted to enter in the above Meeting ID and Password. Again, you will wait to be placed in the waiting room for the 341 Meeting. You will know you are connected when you receive a message that says "Please wait, the meeting host will let you in soon. Anthony J. DeGirolamo's Zoom Meeting". When the 341 Meeting is about to begin, the Trustee will invite you into the meeting room from the waiting room.

**Connecting to the Zoom Video Meeting's Audio Feed:** After the Trustee invites you into the meeting room, you will need to connect your device's audio as follows:

- Apple Users: A box will pop up on your screen when you are invited into the meeting room. You must tap "Call using internet audio" to connect to the meeting's audio feed.

- Android Users: A conversation bubble will pop up in the lower left-hand corner of your screen that says "Call via Device Audio." You must tap the bubble to connect to the meeting's audio feed.

**Connecting to the Zoom Meeting via Audio/Telephone only (no video):**

- Call either 301-715-8592 or 646-558-8656.
- Then, you will enter the Meeting ID listed above when prompted followed by the pound (#) sign.
- Next, you will be prompted to enter a participant ID. **There will be no participant IDs assigned; therefore, you simply press the pound (#) sign again.**
- Then, you will be prompted to enter the Password, which is listed above, followed again by the pound (#) sign. **You must enter the Password to connect to the Zoom Meeting.**
- At this point, you will wait to be placed in the waiting room/on hold for the meeting.

**If you are participating via audio/telephone only, you will only be able to wait in the waiting room for approximately 3-5 minutes before Zoom will automatically disconnect the call. Each time you are disconnected, you must call back and go through the steps listed above again to get back into the waiting room for your meeting.**

**If a debtor or counsel wishes to participate via audio/telephone only, debtor(s)' counsel must notify the Trustee no less than 24 hours prior to the scheduled 341 Meeting.**

**Verifying Debtor Identity:** Debtor(s)' counsel should provide copies of the (i) photo ID and (ii) proof of Social Security number for each debtor to the Trustee no later than 7 days prior to the 341 Meeting.

**PLEASE STAY IN THE WAITING ROOM UNTIL THE TRUSTEE IS AVAILABLE FOR YOUR SCHEDULED MEETING.**

Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Drive NW, Suite 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
Email: tony@ajdlaw7-11.com

CHAPTER 7 TRUSTEE